| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
| | Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-MC-00042-KJM-KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Tau Carter ("Carter"), appearing in *propria persona*, as follows:

1.  On or about January 2, 2018, claimant Carter filed a claim in the administrative forfeiture proceedings with the United States Postal Inspection Service with respect to the Approximately $10,000.00 in U.S. Currency. (hereafter "defendant currency"), which was seized on October 16, 2017.

2.  The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is April 2, 2018.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 1, 2018.

Dated: 4/2/2018

MCGREGOR W. SCOTT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/2/2018

/s/ Tau Carter
TAU CARTER
Appearing in *Propria Persona*
(As authorized via phone)

IT IS SO ORDERED.

Dated: 4/4/2018

UNITED STATES DISTRICT JUDGE